HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR16-336-RAJ |
| Plaintiff, ) | |
| v. ) | ORDER TO SEAL DOCUMENT |
| ANGEL GUTAMA-SANCHEZ, ) | |
| Defendant. ) | |

THIS MATTER has come before the undersigned on the motion of Angel Gutama-Sanchez to file Exhibit A, Exhibit C, and Exhibit D to the Defendant's Sentencing Memorandum under seal. The Court, having considered the motion and records in this case, and finding there to be compelling reasons to file the documents under seal, hereby

ORDERS that Defendant's Motion to Seal (Dkt. #98) is GRANTED. Exhibit A, Exhibit C, and Exhibit D to the Defendant's Sentencing Memorandum shall remain filed under seal.

DATED this 28th day of September, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENT- 1
*U.S. v. Angel Gutama-Sanchez*, CR16-336-RAJ

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100